# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

U.S. POSTAL SERVICE,

                Plaintiff,

-vs-                                    Case No. 2:10-cv-19-FtM-29SPC

ERNEST W. MILLER, Individually and as Trustee
of the Ernest Wayne Miller Revocable Trust of
2005 ,

                Defendant.

_____

## ORDER

This matter comes before the Court on Stephen B. Hurlbut's Appearance as Non-Resident Attorney and Designation of Counsel, and Consent to Act (Doc. #12) filed on February 23, 2010. Stephen B. Hurlbut, Akerman Senterfitt, LLP, 8100 Boone Boulevard, Suite 700, Vienna, VA 22182-2683, moves the Court for permission to appear *pro hac vice* on behalf of the Defendant, Ernest W. Miller. Attorney Hurlburt is a member in good standing with the State Bars of Virginia and the District of Columbia. He is licensed to practice in the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the District of Columbia, the U.S. Court for Federal Claims, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court. Further, Margaret D. Mathews, Esq., of the same firm located at 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602, has agreed to serve as local Counsel in this matter. Having reviewed the motion, the Court finds good cause and will grant the admission *pro hac vice*.

Accordingly, it is now

**ORDERED:**

(1)     Stephen B. Hurlbut's Appearance as Non-Resident Attorney and Designation of Counsel, and Consent to Act (Doc. #12) is **GRANTED**.  Stephen B. Hurlbut, Akerman Senterfitt, LLP, 8100 Boone Boulevard, Suite 700, Vienna, VA 22182-2683, shall be admitted *pro hac vice* on behalf of the Defendant.

(2)     Margaret D. Mathews, Esq., of Akerman Senterfitt, LLP, located at 401 E. Jackson Street, Suite 1700, Tampa, Florida 33602, shall be designated local Counsel in this matter.

(3)     If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4)     Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of March, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record