UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. POSTAL SERVICE,

    Plaintiff,

vs.                            Case No. 2:10-cv-19-FtM-29SPC

ERNEST W. MILLER, Individually and as Trustee
of the Ernest Wayne Miller Revocable Trust of
2005 ,

    Defendant.
_____

## ORDER

This matter comes before the Court on the Joint Motion for Telephonic Case Management Meeting (Doc. #26) filed May 20, 2010. Counsel for parties are located in different cities and have agreed to meet telephonically. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion. See Local Rule 3.01(I).

Accordingly, it is now

**ORDERED:**

The Joint Motion for Telephonic Case Management Meeting (Doc. #26) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   24th    day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record