UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. POSTAL SERVICE,

    Plaintiff,

-vs-    Case No. 2:10-cv-19-FtM-29SPC

ERNEST W. MILLER, Individually and as Trustee
of the Ernest Wayne Miller Revocable Trust of
2005,

    Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Judgment on the Pleadings (Doc. #25) filed on May 17, 2010. The Defendant moves the Court for a brief extension of time to file a responsive pleading to the Plaintiff's Motion for Judgment on the Pleadings (Doc. #24). As grounds, Counsel indicates additional time to prepare a response is necessary due to scheduling conflicts. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having considered the motion, the Court finds good cause and will grant the extension of time.

Accordingly, it is now **ORDERED:**

The Defendant's Unopposed Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Judgment on the Pleadings (Doc. #25) is **GRANTED**. The Defendant shall have up to and including **JUNE 14, 2010**, to file a responsive pleading.

**DONE AND ORDERED** at Fort Myers, Florida, this  24th   day of May, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record